**22-MJ-8087-PGL**

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Lina Awad, having been duly sworn, hereby depose and state:

## AGENT BACKGROUND

1. I am a Special Agent with United States Immigration and Customs Enforcement's Homeland Security Investigations ("HSI") and have been so employed since February 2009. I am currently assigned to the Office of the Special-Agent-in-Charge, Boston, Massachusetts. I am authorized to investigate crimes involving violations of Title 18, Title 8, Title 19, and Title 21 of the United States Code. I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training to become a federal agent. Specifically, I have received certification in the Criminal Investigator Training Program and the ICE Special Agent Training Program. I have received training relating to the trafficking in persons, including sex trafficking, and other offenses.

2. I have participated in investigations of human trafficking, human smuggling, alien harboring, border violations, drug and firearm trafficking, and related offenses. Many of these investigations have had national or international connections, and many required me to work closely and share information and intelligence with members of other federal, state, and local law enforcement agencies. I have debriefed, and continue to debrief, defendants, informants, and witnesses who have personal knowledge about human trafficking, including sex trafficking, and other crimes occurring in Massachusetts, nationally, and abroad.

3. From my training and experience, I know that individuals are trafficked for several purposes. Some forms of human trafficking involve involuntary servitude, peonage, debt bondage and slavery. Victims are often trafficked by force, fraud, and/or coercion. I am familiar with the federal laws regarding human trafficking, including 18 U.S.C. §§ 1591 and 1594 (Sex Trafficking).

4.      This affidavit is submitted in support of a criminal complaint charging Dimitri Shawn MCKENZIE with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2) and 1594(a).

5.      As described below, there is probable cause to believe that, on November 2, 2022, in and around the greater Boston area, in the District of Massachusetts, Dimitri Shawn MCKENZIE did knowingly attempt to, in and affecting interstate and foreign commerce, entice, obtain, solicit, and patronize by any means a person, knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

6.      This affidavit is based on my personal investigation and investigation by others, including federal and state law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by conferring with other law enforcement officers and examining evidence obtained in the course of the investigation as well as through other means. This affidavit does not include every fact known to me about this investigation, but rather only those facts sufficient to establish probable cause.

## STATEMENT OF FACTS

7.      Beginning on or about November 1, 2022, law enforcement agents posted an advertisement (the "Advertisement") on a website commonly used to advertise commercial sex acts.[1]  The Advertisement indicated that the poster was in the area of Boston and Lowell, Massachusetts.  The Advertisement contained images of what appeared to be two young females

---

[1] Based on my training and experience, I know that the Internet is global network of computers, which is a means and facility of interstate commerce.  I also know that the website on which the Advertisement was posted is maintained by an entity that is located outside of the United States, and the advertisements posted on that website are viewable outside of Massachusetts.

and the following language:

> I AM A WOMAN seeking men
> TIGHT, FRESH, and ready a GOOD TIME
> Sweet and sexy duo here 4 a good time not a long time
> thirsty? We r wet and want to play with u
> ask about Fall specials and double trouble discount
> NO BULLSHIT
> NO COPS
> 100% Independent

8. The Advertisement indicated that the person who would perform commercial sex acts was 18 years old.[2] The Advertisement also contained a contact phone number (the "Advertisement Number"). Law enforcement agents monitored this line and undercover agents ("UC1" and "UC2") used it to communicate with potential sex buyers, including MCKENZIE.

9. On or about November 2, 2022, the Advertisement Number received a text message from a phone number ending in 9123 (the "9123 Number") in response to the Advertisement. Thereafter, a text conversation between UC1 and the user of the 9123 Number ensued. UC1 stated that he/she had two minor girls—ages 12 and 14 years old—available to perform sex acts in exchange for money. MCKENZIE, using the 9123 Number, agreed to pay $100 to have sex with the fictitious 14-year-old girl. At one point in the text conversation, as set forth below, UC2 took over for UC1 without informing MCKENZIE of the switch. Set forth below are MCKENZIE'S text communications with the undercover agents:[3]

| 9123 Number | Hey love ♡ |
|---|---|
| UC1 | hey love.  how u |
| 9123 Number | I'm doing good how are you? |
| UC1 | we are great.  i got some girls itching to have some fun. |

---

[2] The law enforcement agents used a website that is known for containing prostitution advertisements but requires users to be at least 18 years old. Based on my training and experience, I know that this website and others like it have been used by traffickers to advertise the commercial sex acts of children under the age of 18.

[3] Names and specific locations have been omitted.

| UC1 | wanna hear the menu |
|---|---|
| 9123 Number | Sure |
| UC1 | I got couple young and fresh. [Name #1] 14 yo and [Name #2] 12 yo.  one hour is $400 with both or $300 for 1 |
| UC1 | some things are lil extra |
| 9123 Number | I'm not into anything under 18 |
| UC1 | ok no worries babe.  hit me up if u change your mind |
| 9123 Number | Feds |
| UC1 | your the feds?  u gotta tell me |
| 9123 Number | Hell no |
| 9123 Number | You Definitely are |
| UC1 | nope. but just let us be.  thanks |
| 9123 Number | I only have 100 |
| 9123 Number | Could you do that |
| UC1 | i could do it for one girl for 20 mins.  so like a qv[4] |
| UC1 | no extras |
| UC1 | def no anal |
| UC1 | wear condom |
| 9123 Number | Ok |
| UC1 | which girl.  you like young and super tight or lil more experience with 14 yo |
| 9123 Number | 14 |
| UC1 | when u thinking sweetie |
| 9123 | 930 |
| UC1 | and dont be screwing with me.  we just trying make some money |
| 9123 Number | Can you Verify |
| UC1 | i can try send another pic or have her call you but like we aint on any of those sites cuz ya know |
| 9123 Number | Send |
| UC1 | u got real phone right cuz it dont send to that ap shit |
| 9123 Number | Yeah |
| UC1 |  [sends photo of fictitious 14-year-old girl] |
| UC1 | sent |
| 9123 Number | How did you send it |
| UC1 | texted. |
| 9123 Number | Ok do you have a snap |
| UC1 | look i got text and my girl is busy so u in or out |
| 9123 Number | Im out I'm just really suspicious of this whole thing |
| 9123 Number | What's the address |
| UC1 | k |
| UC1 | so are u in? |

---

[4] Based on my training and experience, I understand "qv" to stand for "quick visit," which is commonly used in negotiating for commercial sex.

4

| 9123 Number | I just don't wanna go to jail man |
| --- | --- |
| UC1 | and i dont fucking want to either.  thats why u in or out cuz i dont need anyone drivin round drawing attention to my play |
| UC1 | u commit.  bring cash.  i give u your 20 with girl and out.  no attention |
| 9123 Number | I'm not gonna draw attention, I just need to make sure either don't get in trouble for this. I need to be absolutely sure this is ok |
| 9123 Number | What's the location |
| UC1 | well thats how it usually works for us.  we meet by back door.  if i dont get serial killer vibe from u.  u show me money.  i show u room. |
| UC1 | [Name of Massachusetts town] area |
| 9123 Number | Where |
| UC1 | dude u better not be fucking cop ugh |
| UC1 | [Name of street #1] and [Name of street #2] area |
| 9123 Number | You better not be a cop |
| UC1 | i know i aint |
| 9123 Number | and I know I ain't |
| 9123 Number | I'm just trying to cover my ass man, you ain't show me any proof |
| UC1 | i could say the same |
| UC1 | and dont go send me a cock pic cuz i aint sending porn.  thats some federal prison shit |
| 9123 Number | Then I guess we in the same position |
| 9123 Number | I ain't sending no cock pics |
| UC1 | fair enough. |
| 9123 Number | But you still ain't send an address |
| 9123 Number | ? |
| UC1 | sorry was googling.   [Address of hotel in Massachusetts town] |
| 9123 Number | St |
| UC1 | yeah |
| UC1 | its a [Name of hotel brand] |
| 9123 Number | So what back door you talking about? |
| UC1 | dont go through front door. draws attention.  Drive around back.  U see some dumpster things |
| 9123 Number | Is there anyway you can confirm you not the feds |
| UC1 | Not the fukin feds… r u? |
| 9123 Number | I'm not which is why I'm trying to make sure you're not |
| UC2 | How? Like how would I know your not the cops or workin with em? |
| 9123 Number | If I was the cops would I just show up and bust you |
| 9123 Number | Why would I ask all these questions |
| UC2 | WTF not really makin me feel good about u at all |
| 9123 Number | SMH 🤦 |
| UC2 | I dunno ur tryna seem legit |

| 9123 Number | I'm not a cop |
|---|---|
| 9123 Number | WTF would I look like |
| 9123 Number | I just don't wanna go to jail |
| UC2 | Me either! Just trying to make some money. Don't wanna lose my girls and get busted either |
| 9123 Number | I'm not a cop, just scared shitless of going to prison |
| 9123 Number | Is there a way we both can both prove to be safe |
| UC2 | Look I dunno what to tell u… I'm not a cop or affiliated. I'm taking a big risk meeting u too. |
| UC2 | Like what? |
| 9123 Number | None of you have Snapchat, we could video chat so I know you guys are legit |
| UC2 | I dunno… then u could record me n my girls… had dudes try n blackmail me. If u wanna meet I'm outside now. If it's not for u than we can both stop wasting time |
| 9123 Number | Snap chat tells you if you get screenshotted you will instantly know whether or I record you |
| 9123 Number | And meet me outside where |
| UC2 | I been burned on that before… don't tell me if ur recording it with something else |
| 9123 Number | I'm leaving work I don't have anything else |
| UC2 | In the parking lot |
| 9123 Number | Please I want this I'm just scared |
| UC2 | [22 second phone call to 9123 Number, no conversation] |
| UC2 | [15 second phone call to 9123 Number, no conversation] |
| 9123 Number | ["phone call 1"] |
| 9123 Number | Any update |
| 9123 Number | [5 second phone call to UC2, no conversation] |
| 9123 Number | Hey |
| 9123 Number | You still there? |
| UC2 | [sends photo of fictitious 14-year-old girl with current date in pen on her hand" |
| 9123 Number | I'm on my way |
| UC2 | K |
| 9123 Number | Where is all of this done |
| UC2 | I'll meet u outside in the parking lot by the sude |
| UC2 | I'm by my white Kia by the side door |
| 9123 Number | I mean where is you know what done |
| UC2 | We have a room at the hotel once I meet u n know ur cool u can go in and [Name #1] will be waiting for u |
| 9123 Number | Ok |
| 9123 Number | Can I ask you a question why did you just come out and say your daughters name and age |
| 9123 Number | ? |

6

| UC2 | Cause I try n be upfront so if guys aren't into it they move on… not tryna get beat up |
|---|---|
| UC2 | Met a few bad apples ya know |
| 9123 Number | But what if you came across a cop, and tbh that's what made me skeptical |
| 9123 Number | Lol I got one more question too |
| UC2 | We got cops that r customers lol |
| UC2 | What's ur question? |
| 9123 Number | You don't spend time with anyone? |
| UC2 | Nah hun I don't play |
| 9123 Number | That's suspicious |
| 9123 Number | and you don't ever get with customers |
| UC2 | There's a bunch a girls my age out there… we make more money this way n I keep 'em safe |
| 9123 Number | Why not? |
| UC2 | Seriously dude I'm not tryna be rude but this is what we do… if ur not interested that's cool |
| 9123 Number | I'm on my way rn |
| 9123 Number | I'm just asking questions |
| UC2 | Lol k just don't know if ur for real or just wanna talk |
| 9123 Number | Nah I'm driving right now |
| UC2 | K |
| 9123 Number | So are we gonna talk before I go up |
| UC2 | Yeah I just wanna make sure ur not a psycho or anything before I introduce u to [Name #1] |
| 9123 Number | Yeah that's fine |
| UC2 | R u close? I look like a fukin weirdo just standing around outside |
| 9123 Number | Yeah a couple mins away I'm just gonna stop at an atm really quick |
| UC2 | K if u wanna bring a lil extra to tip she appreciates that 😀 |
| 9123 Number | Ok, |
| UC2 | U gettin close? Getting kinda chilly out here… |
| 9123 Number | Yeah I'm like a minute away |
| UC2 | K |
| 9123 Number | On right side or left side |
| 9123 Number | ? |
| UC2 | By the side door |
| UC2 | I'm standing by my white Kia smoking |
| 9123 Number | which side |
| 9123 Number | Are you smoking a cigarette |
| UC2 | Of the hotel? Yeah that me hun smoking |

7

10. Using the 9123 Number, MCKENZIE called UC2 (identified as "phone call 1" in the chart above) and they had a conversation that lasted approximately six minutes and 12 seconds. During that conversation, both MCKENZIE and UC2 expressed concerns regarding whether either was a cop, saying they'd both been "burned" in the past. At the end of the call, MCKENZIE asked UC2 to send him a photo of the fictitious 14-year-old girl with a paper that included the current date.

11. Shortly thereafter, MCKENZIE arrived at a hotel in the greater Boston area.[5] At the hotel, UC2, who was posing as the person who posted the Advertisement and the user of the Advertisement Number, and MCKENZIE met in the hotel's parking lot. UC2 asked MCKENZIE to show UC2 the cash to be paid for the commercial sex act. MCKENZIE flashed a wad of cash from his pocket and showed it to UC2. UC2 confirmed that MCKENZIE was paying for 20 minutes with the girl. MCKENZIE confirmed the arrangement. UC2 gave MCKENZIE a room number and started to hand him a room key card.

12. Following the exchange of the cash and the foregoing discussion, law enforcement officers arrested MCKENZIE and took him into custody. Incident to arrest, law enforcement agents searched MCKENZIE and found a cell phone. An agent then called the 9123 Number and observed that the cell phone they seized from MCKENZIE ring. Upon arrest, MCKENZIE gave law enforcement his phone number as a number that ended in 9015 (the "9015 Number"). An agent called the 9015 Number and observed the cell phone they seized from MCKENZIE ring, i.e., the same cell phone rang for both numbers.

---

[5] The hotel is part of a national chain of hotels. Based on information provided by hotel staff, I know that the hotel has served out-of-state guests.

## CONCLUSION

13. Based on the foregoing, I respectfully submit that there is probable cause to support a criminal complaint charging Dimitri Shawn MCKENZIE with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2) and 1594.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Lina Awad, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by phone, on this 3nd day of November 2022,
at Boston, MA.

_____
HONORABLE PAUL G. LEVENSON
UNITED STATES MAGISTRATE JUDGE