# Criminal Case Cover Sheet  U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** HSI

**City** Waltham    **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number  22-8087-PGL
Search Warrant Case Number  22-8088-PGL, 22-8089-PGL
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Dimitri Shawn MCKENZIE    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Boston, MA

Birth date (Yr only): 1995    SSN (last4#): _____    Sex: M    Race: _____    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Torey Cummings    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** 11/02/2022

☑ Already in Federal Custody as of  11/02/2022  in  HSI Custody .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**    ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/03/2022    Signature of AUSA:  /s/ Torey Cummings

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Dimitri Shawn MCKENZIE

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1591(a)(1) | Attempted Sex Trafficking of a Child | 1 |
| Set 2 | 18 U.S.C. §1591(b)(2) | | |
| Set 3 | 18 U.S.C. §1594(a) | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____